IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DWAYNE ALMOND,

    Plaintiff,

v.

WILLIAM POLLARD,
DR. R. MCQUEENEY,
DR. RICHARD HEIDORN,
R.N. JEANANNA ZWIERS,
MARTHA ROLLI, JAMES E. DOYLE and
RICK RAEMISCH,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-621-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying leave to proceed and dismissing plaintiff's claims against Dr. R. McQueeney, Dr. Richard Heidorn, R.N. Jeananna Zwiers, James E. Doyle and Rick Raemisch for plaintiff's failure to state a claim upon which relief may be granted; and

    (2) granting William Pollard and Martha Rolli's motion for summary judgment and dismissing this case.

_Peter Oppeneer_            10/25/11
Peter Oppeneer, Clerk of Court        Date